**E-Filed 2/4/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA SILVA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, et al.,<br><br>    Defendants. | Case Number 5:09-cv-03525-JF<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>[re: document no. 20] |

   Pursuant to Plaintiff Maria Silva's Notice of Settlement and Request for to Continue Case Management Conference, the Court will continue the Case Management Conference in this matter from February 5, 2010, at 10:30 am, until March 26, 2010, at 10:30 am.

IT IS SO ORDERED

DATED: 2/4/10

_____
JEREMY FOGEL
United States District Judge