Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARIA CONCEICAO SILVA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARIA CONCEICAO SILVA,<br><br>             Plaintiff,<br><br>     v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC, a Massachusetts limited liability company; RICHARD J. BOUDREAU, individually and in his official capacity; RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership; and ALEGIS GROUP, LLC, a Delaware limited liability company,<br><br>             Defendants. | Case No. C09-03525-JF-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARIA CONCEICAO SILVA, and Defendants, RICHARD J. BOUDREAU & ASSOCIATES, LLC, RICHARD J. BOUDREAU, RESURGENT CAPITAL SERVICES, LP, and ALEGIS GROUP, LLC, stipulate, and the Court hereby orders, as follows:

  1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARIA CONCEICAO SILVA, against Defendants, RICHARD J. BOUDREAU & ASSOCIATES, LLC, RICHARD J. BOUDREAU, RESURGENT CAPITAL SERVICES, LP, and ALEGIS GROUP, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice,

pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: March 11, 2010

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
MARIA CONCEICAO SILVA

Dated: March 11, 2010

/s/ Thomas J. Stolp
Thomas J. Stolp, Esq.
Attorney for Defendants
RICHARD J. BOUDREAU & ASSOCIATES, LLC, RICHARD J. BOUDREAU, RESURGENT CAPITAL SERVICES, LP, and ALEGIS GROUP, LLC

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

_____
The Honorable Jeremy Fogel
Judge of the District Court