Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARIA CONCEICAO SILVA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARIA CONCEICAO SILVA,<br><br>               Plaintiff,<br><br>      v.<br><br>RICHARD J. BOUDREAU & ASSOCIATES, LLC, a Massachusetts limited liability company; RICHARD J. BOUDREAU, individually and in his official capacity; RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership; and ALEGIS GROUP, LLC, a Delaware limited liability company,<br><br>               Defendants. | Case No. C09-03525-JF-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MARIA CONCEICAO SILVA, and Defendants, RICHARD J. BOUDREAU & ASSOCIATES, LLC, RICHARD J. BOUDREAU, RESURGENT CAPITAL SERVICES, LP, and ALEGIS GROUP, LLC, stipulate, and the Court hereby orders, as follows:

   1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARIA CONCEICAO SILVA, against Defendants, RICHARD J. BOUDREAU & ASSOCIATES, LLC, RICHARD J. BOUDREAU, RESURGENT CAPITAL SERVICES, LP, and ALEGIS GROUP, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice,

1  pursuant to Fed. R. Civ. P. 41(a)(1).

2

3

4  Dated:  March 11, 2010                    /s/ Fred W. Schwinn
                                             Fred W. Schwinn, Esq.
                                             Attorney for Plaintiff
5                                            MARIA CONCEICAO SILVA

6

7  Dated:  March 11, 2010                    /s/ Thomas J. Stolp
                                             Thomas J. Stolp, Esq.
8                                            Attorney for Defendants
                                             RICHARD J. BOUDREAU & ASSOCIATES,
9                                            LLC, RICHARD J. BOUDREAU, RESURGENT
                                             CAPITAL SERVICES, LP, and ALEGIS GROUP,
10                                           LLC

11

12 THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
13

14
   Dated:  3/12/10                           _____
15
                                             The Honorable Jeremy Fogel
16                                           Judge of the District Court

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION OF DISMISSAL AND ORDER                    Case No. C09-03525-JF-HRL